# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JAMES JORDANOFF, IV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-15-966-R** |
| | ) | |
| **JOE LESTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered October 31, 2016. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE